

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00821-CV

**CITY OF CARRIZO SPRINGS** and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs,
Appellants

v.

Isabel **CUMPIAN**, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo Springs Housing Authority,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12375-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 28, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court